**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01374-REB-CBS

KENNETH SCHELL,

    Plaintiff,

v.

NORTH CONEJOS SCHOOL DISTRICT, a corporate body pursuant to Article IX, § 2 of the Colorado Constitution and §22-32-101 of the Colorado Revised Statues; and KEVIN SCHOTT, individually and in his official capacity as Superintendent of the North Conejos School District,

    Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion To Dismiss with Prejudice** [#22][1] filed December 10, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss with Prejudice** is granted;

    2. That all pending pretrial deadlines are vacated;

    3. That the combined Final Pretrial Conference/Trial Preparation Conference set June 24, 2016, is vacated;

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

    4.  That the jury trial set to commence July 18, 2016, is vacated; and

    5.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated December 11, 2015, at Denver, Colorado.

                            **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge